```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK                                    JS - 6
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  FRANK D. KORTUM
    Assistant United States Attorney
 6  Asset Forfeiture Section
    California Bar No. 110984
 7       1400 United States Courthouse
         312 North Spring Street
 8       Los Angeles, California 90012
         Telephone: (213)894-5710
 9       Facsimile: (213)894-7177
         E-Mail:   frank.kortum@usdoj.gov
10
    Attorneys for Plaintiff
11  United States of America
```

12                    UNITED STATES DISTRICT COURT

13                   FOR THE CENTRAL DISTRICT OF CALIFORNIA

14                             WESTERN DIVISION

| | | |
|---|---|---|
| 15 | UNITED STATES OF AMERICA, ) | NO. 2:08-cv-01009-FMC-MANx |
| 16 | Plaintiff, ) | **CONSENT JUDGMENT AS TO THE FOLLOWING DEFENDANT ASSETS ONLY: ONE 2004 FORD F-150 TRUCK, VIN 1FTPW12524KD75457, ONE 2000 CHEVROLET SILVERADO TRUCK, VIN 2GCEC19V8Y1391173 AND ONE 2000 FORD MUSTANG, VIN 1FAFP404XYF144704.** |
| 17 | v. ) | |
| 18 | ONE 2004 FORD F-150 TRUCK, ) ONE 2000 CHEVROLET SILVERADO ) | |
| 19 | TRUCK, AND ONE 2000 FORD ) MUSTANG, ) | |
| 20 |  ) Defendants. ) | |
| 21 | _____ ) FAUSTO NAVARRETE, DESERAY ) | |
| 22 | NAVARRETE, AND DAVID GAME, ) | |
| 23 | Claimants. ) | |
| 24 | _____ ) | |

25
A.   On or about February 14, 2008, plaintiff United States of
26
America ("the government" or "the United States of America")
27
filed a Complaint for Forfeiture alleging that the defendants
28

1  ("defendant vehicles"), One 2004 F-150 Truck, VIN
2  1FTPW12524KD75457; One 2000 Chevrolet Silverado Truck, VIN
3  2GCEC19V8Y1391173 and One 2000 Ford Mustang, VIN
4  1FAFP404XYF144704,("Ford F-150" (or "F-150") or "Chevrolet
5  Silverado", or "Ford Mustang" or defendant vehicles") are subject
6  to forfeiture pursuant to 21 U.S.C. §§ 881 (a)(4) and (a)(6).  On
7  or about April 2, 2008, claimant Fausto Navarrete filed a claim
8  to One 2004 F-150 Truck, VIN 1FTPW12524KD75457. On or about April
9  15, 2008, claimant Fausto Navarrete filed an answer.
10 B.    On or about April 2, 2008, claimant Deseray Navarrete filed
11 a claim to One 2000 Ford Mustang, VIN 1FAFP404XYF144704. On or
12 about April 15, 2008, claimant Deseray Navarrete, filed an
13 answer.
14 C.    On or about April 2, 2008, claimant David Game filed a claim
15 to One 2000 Chevrolet Truck Silverado, VIN 2GCEC19V8Y1391173 . On
16 or about April 15, 2008, claimant David Game, filed an answer.
17 D.    The government and claimants Fausto Navarrete, Deseray
18 Navarrete and David Game, have now agreed to settle this matter
19 to avoid further litigation between them by entering into this
20 Consent Judgment.
21 E.    The Court having been duly advised of and having considered
22 the matter, and based upon the mutual consent of the parties
23 hereto,
24      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:
25      1.   This Court has jurisdiction over the subject matter of
26 this action and over the parties to this Consent Judgment of
27 Forfeiture.
28

    2.    The Verified Complaint for Forfeiture states a claim for relief pursuant to 21 U.S.C. §§ 881 (a)(4) and (a)(6).

    3.    Notice of this action has been given as required by law. The parties to this Agreement are unaware of any potential claimants to the defendants other than Fausto Navarrete, Deseray Navarrete and David Game. The time for filing claims has expired. The Court deems that all potential claimants admit the allegations of the Verified Complaint for Forfeiture to be true.

    4.    The United States of America shall have judgment as to One 2004 F-150 Truck, VIN 1FTPW12524KD75457. The return of $2,895.29 from the proceeds of the sale of the One 2004 F-150 Truck, VIN 1FTPW12524KD75457 should be returned to Ford Credit. Said funds shall be forwarded by check made payable to "Ford Credit," and shall be mailed to Ford Credit, P.O. Box 790119, St Louis, MO 63179-0119.

    5.    The United States of America shall return One 2000 Chevrolet Truck Silverado, VIN 2GCEC19V8Y1391173 to claimant David Game and One 2000 Ford Mustang, VIN 1FAFP404XYF144704 to claimant Deseray Navarrete in exchange for a waiver of attorney fees.

    6.    Claimants Fausto Navarrete, Deseray Navarrete and David Game, hereby release the United States of America, its agencies, agents, officers, employees and representatives, including, without limitation, all agents, officers, employees and representatives of the Drug Enforcement Agency, and its respective agencies, as well as all agents, officers, employees and representatives of any state or local governmental or law enforcement agency involved in the investigation or prosecution

```
 1 | of this matter, from any and all claims, actions, or liabilities
 2 | arising out of or related to this action, including, without
 3 | limitation, any claim for attorney fees, costs, and interest,
 4 | which may be asserted by or on behalf of claimants Fausto
 5 | Navarrete, Deseray Navarrete and David Game, whether pursuant to
 6 | 28 U.S.C. § 2465 or otherwise.
 7 |      7.   The Court finds that there was reasonable cause for the
 8 | seizure of the defendant vehicles and institution of these
 9 | proceedings against the said defendants.  This judgment shall be
10 | construed as a certificate of reasonable cause pursuant to 28
11 | U.S.C. § 2465.
12 | //
13 | //
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |
```

1    8.   The Court further finds that claimants Fausto
2 Navarrete, Deseray Navarrete and David Game, did not
3 substantially prevail in this action, and each of the parties
4 hereto shall bear its own attorney fees and costs.

7 DATED: January 26, 2009

*Florence-Marie Cooper*
_____
THE HONORABLE FLORENCE MARIE COOPER
UNITED STATES DISTRICT JUDGE

CONSENT

The parties hereto consent to the above judgment and waive any right to appeal this judgment.

DATED: January __, 2009          THOMAS P. O'BRIEN
                                 United States Attorney
                                 CHRISTINE C. EWELL
                                 Assistant United States Attorney
                                 Chief, Criminal Division
                                 STEVEN R. WELK
                                 Assistant United States Attorney
                                 Chief, Asset Forfeiture Section

                                           /s/
                                 _____
                                 FRANK D. KORTUM
                                 Assistant United States Attorney

                                 Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA

DATED: January __, 2009                    /s/

                                 _____
                                 KRISTEN B. BROWN

                                 Attorney for Claimants
                                 Fausto Navarrete, Deseray Navarrete
                                 and David Game.